E-FILED
Monday, 28 August, 2006  09:12:28 AM
Clerk, U.S. District Court, ILCD

**FINANCIAL AFFIDAVIT**
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE OF

_____ V.S. _____

FOR

AT

**FILED**

AUG 25 2006

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

| PERSON REPRESENTED (Show your full name) | |
|---|---|

JOSE C. RIOS

| 1 | ☐ | Defendant—Adult |
| 2 | ☐ | Defendant - Juvenile |
| 3 | ☐ | Appellant |
| 4 | ☐ | Probation Violator |
| 5 | ☐ | Parole Violator |
| 6 | ☐ | Habeas Petitioner |
| 7 | ☐ | 2255 Petitioner |
| 8 | ☐ | Material Witness |
| 9 | ☐ | Other |

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

DOCKET NUMBERS
Magistrate  06-7223
District Court
Court of Appeals

**ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY**

**EMPLOY-MENT**

Are you now employed?  ☑ Yes    ☐ No    ☐ Am Self-Employed

Name and address of employer: Rios Trucking Inc.

IF YES, how much do you earn per month? $ 7000.00

IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed?  ☐ Yes  ☑ No

IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☐ Yes   ☑ No

RECEIVED          SOURCES

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES   $ _____  _____

**CASH**

Have you any cash on hand or money in savings or checking accounts?   ☐ Yes  ☑ No  IF YES, state total amount $ _____

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☑ Yes  ☐ No

VALUE          DESCRIPTION

IF YES, GIVE THE VALUE AND DESCRIBE IT   $ 35 000.00   Truck for Business

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS

☐ SINGLE
☑ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 5

List persons you actually support and your relationship to them
_____ Rios
_____ Rios
_____ Rios
_____ Rios

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| House | | $ 60,000 | $ 1,100 |
| Truck | | $ 20,000 | $ 800 |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ►      s/ Jose C. Rios