E-FILED
Wednesday, 30 August, 2006 11:20:39 AM
Clerk, U.S. District Court, ILCD

AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

UNITED STATES OF AMERICA
V.
JOSE C. RIOS

**WARRANT FOR ARREST**

Case Number: 06-7223

SEALED FILED
AUG 30 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILL
URBANA, IL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   JOSE C. RIOS
                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with   (brief description of offense)

conspiracy to distribute cocaine,

in violation of Title  21   United States Code, Section(s)  841(a)(1) and 846

| David G. Bernthal | s/David G. Bernthal |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| United States Magistrate Judge | 8/23/2006   Urbana, Illinois |
| Title of Issuing Officer | Date and Location |

Bond to be considered at initial appearance.

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Kankakee

| DATE RECEIVED 08-25-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 28-24-06 | Ty Collins DEA | [signature] |