E-FILED
Tuesday, 05 September, 2006  02:53:47 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | NO. 06-MJ-7223 |
| JOSE RIOS, | ) ) ) | |
| Defendant. | ) | |

DETENTION ORDER

BEFORE CHIEF U.S. DISTRICT JUDGE MICHAEL P. MCCUSKEY:

On August 28, 2006, a detention hearing was held pursuant to 18 U.S.C. § 3142.

At the detention hearing, the government moved for the detention of the defendant pursuant to 18 U.S.C. § 3142(f)(1) and (2). The government asserted that there was a rebuttable presumption of detention under § 3142(e) due to the nature of the offense charged and that there was both a serious risk of flight and a safety risk to the community.

In addition, the government presented evidence regarding the nature and circumstances of the offense. This evidence established that there was probable cause to find that the defendant was involved in ongoing cocaine trafficking and that the defendant possessed firearms and substantial amounts of cash on more than one occasion. Based on this evidence, the government proffered that the defendant faces a potential sentence upon conviction of a mandatory minimum sentence of 15 years to life imprisonment.

After considering all the evidence and argument offered by the parties and the factors set forth in 18 U.S.C. § 3142(g), this Court finds that the presumption for detention has not been rebutted and that no condition or combination of conditions will reasonably assure the

defendant's appearance at future court proceeding and the safety of the community. Accordingly, the defendant's detention is appropriate pursuant to 18 U.S.C. § 3142(e).

  WHEREFORE, the defendant is committed to the custody of the Attorney General, or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunities for private consultation with his defense counsel. On order of a court of the United States, or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the U.S. Marshal for the purposes of an appearance in connection with a court proceeding herein.

  ENTERED this 5th day of September, 2006

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE