E-FILED
Thursday, 21 September, 2006 02:07:35 PM
Clerk, U.S. District Court, ILCD



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 06-__20062__ |
| | ) | Violations: Title 21, United |
| v. | ) | States Code, Sections 846, |
| | ) | 841(a)(1) and 841(b)(1)(A) |
| JOSE C. RIOS, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

1. From at least about 2003 and continuing until about August 2006, in the Central District of Illinois, the defendant,

**JOSE C. RIOS,**

knowingly and intentionally conspired with others to distribute a controlled substance, namely, 5 kilograms or more of a mixture or substance containing cocaine, a Schedule II controlled substance.

2. As part of the conspiracy, the defendant regularly distributed, and caused others to distribute, cocaine in the Kankakee, Illinois area.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

A TRUE BILL,

s/Foreperson
FOREPERSON

s/ John H. Campbell

RODGER A. HEATON
UNITED STATES ATTORNEY
TB