E-FILED
Saturday, 23 September, 2006 03:32:31 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATE DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | 06-20062 |
| ) | |
| **JOSE C. RIOS,** ) | |
| ) | |
| **Defendant.** ) | |

**MOTION TO VACATE APPOINTMENT**

Now Comes the Defendant, JOSE C. RIOS, by and through his attorney, CAROL DISON of BECKET & WEBBER, P. C., and for his motion to vacate appointment states as follows:

1. On or about August 24, 2006, Defendant Rios was charged by criminal complaint with conspiracy to distribute cocaine in violation of 21 U. S. C. § 841(a)(1) and 846.

2. The undersigned counsel was appointed to represent Defendant Rios.

3. On or about September 20, 2006, a grand jury returned an indictment charging Defendant Rios with conspiracy to distribute 5 kilograms or more of cocaine in violation of 21 U. S. C. § 841(a)(1), § 841(b)(1)(A) and § 846.

4. Defendant Rios' family has privately retained the undersigned counsel to represent Defendant Rios in the above captioned matter.

5. As such, Defendant Rios requests that the appointment of the undersigned counsel be vacated.

Wherefore, Defendant Rios requests that the appointment of the undersigned counsel be

vacated and for such other relief this Court deems necessary.

        Respectfully submitted,
        JOSE C. RIOS, Defendant,

        BECKETT & WEBBER, P.C.

        s/ Carol Dison
        CAROL DISON, His Attorney
        **BECKETT & WEBBER, P.C.**
        508 South Broadway
        P.O. Box 17160
        Urbana IL 61803-7160
        (217) 328-0263
        (217) 328-0290 FAX

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2006, served, by e-mail, a copy of Defendant Williams's MOTION TO VACATE APPOINTMENT on the following:

**Tim Bass, Assistant United States Attorney**

and I hereby certify that on September 23, 2006, I mailed by United States Postal Service, first class postage prepaid and legibly addressed, the document(s) to the following non-registered participants:

**N/A**

Respectfully submitted,

s/Carol Dison
Carol Dison
Beckett & Webber, P.C.
508 S. Broadway Ave.
P. O. Box 17160
Urbana, IL  61803-7160
Phone: (217) 328-0263
Fax: (217) 328-0290
E-mail: carol@beckettwebber.com