E-FILED
Friday, 29 September, 2006 03:48:08 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>Plaintiff )<br>)<br>) CASE NO. **06-20062**<br>)<br>**JOSE C. RIOS** )<br>Defendant ) | |

## SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **2:15 P.M.** on **NOVEMBER 16, 2006,** before the Honorable Michael P. McCuskey.

IT IS FURTHER ORDERED this matter is set for JURY SELECTION and JURY TRIAL at **9:00 A.M.** on **NOVEMBER 27, 2006,** before the Honorable Michael P. McCuskey.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 29th day of September, 2006.

s/David G. Bernthal
_____
DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE

06-20062 schedo.wpd